**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **SEBASTIAN FAVA AND ADRIANA SIMANCAS,**<br><br>**Petitioners,**<br><br>**v.**<br><br>**U.S. DEPARTMENT OF STATE, ET AL,**<br><br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **1:25-cv-01982-ADA-ML** |

**ORDER**

On January 30, 2026, the Parties stipulated to the dismissal of this matter without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 6.

A stipulation of dismissal under Rule 41(a)(1)(A)(ii) "is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.,* 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED February 2, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE